UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEYA MANCILLA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-00349-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME *NUNC PRO TUNC* TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 18) |

    Pending before the Court is the parties' stipulation in which Defendant requests a 30-day extension of time to file a response to Plaintiff's pending motion for summary judgment. (ECF No. 18).

    Defendant filed the stipulation on the due date for his filing of the response to Plaintiff's motion for summary judgment. Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d). As the Court advised the parties in the Scheduling Order: "Requests for modification of this briefing schedule will not be routinely granted. … A request for a modification brought on the filing deadline, will be looked upon with disfavor." (ECF Nos. 6, 8).

Here, given Counsel for Defendant's representations about the reasons Defendant seeks an extension of time – ongoing consultations "about the defensibility of this case" – it should have become apparent before the due date for filing the response to summary judgment motion that such an extension was needed, and, hence, under Local Rule 144, Defendant was required to file his current request for extension of time before now.

The Court disfavors granting *nunc pro tunc* relief and directs Defendant to exercise better care in anticipating any future requests for extensions of time and filing such requests well before the terminal filing date that Defendant seeks to extend. However, under the circumstances, Defendant has demonstrated good cause for the extension.

Accordingly, for the reasons set forth in Defendant's unopposed motion and for good cause shown, IT IS HEREBY ORDERED:

1. Defendant shall file any response to Plaintiff's Motion for Summary Judgment on or before **February 2, 2023**; and
2. No further extension will be granted without a timely-filed request by one or both parties supported by a showing of good cause.

IT IS SO ORDERED.

Dated: **January 4, 2023**

UNITED STATES MAGISTRATE JUDGE