UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEYA MANCILLA,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:22-cv-00349-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 20) |

Pending before the Court is the parties' second stipulation in which Defendant requests an further extension of time to file a response to Plaintiff's pending motion for summary judgment. (Doc. 20). For the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED Defendant shall file any response to Plaintiff's Motion for Summary Judgment on or before **February 12, 2023**.

IT IS SO ORDERED.

Dated:  **January 30, 2023**                              _____

                                                                                   UNITED STATES MAGISTRATE JUDGE