UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEYA MANCILLA,<br><br>             Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Case No. 1:22-cv-00349-CDB (SS)<br><br>ORDER ON STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF Nos. 17, 22) |

Before the Court is the parties' Stipulation to Voluntary Remand Pursuant to sentence four of 42 U.S.C. § 405(g) and to Entry of Judgment, dated February 6, 2023.  (ECF No. 22). Upon consideration of the parties' stipulation, pleadings and for good cause shown, IT IS HEREBY ORDERED:

1. The above-captioned matter is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

2. Upon remand, the Appeals Council will remand the case to an Administrative Law Judge ("ALJ") for a new decision and instruct the ALJ to re-develop and re-evaluate the evidence of record;

3. Plaintiff's pending motion for summary judgment (ECF No. 17) is denied as moot; and

4. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and

against Defendant, reversing the final decision of the Commissioner, and terminate all pending dates.

IT IS SO ORDERED.

Dated:   **February 7, 2023**

UNITED STATES MAGISTRATE JUDGE